United States District Court

Eastern District of California

Randy Lane Kidwell,

    Petitioner,                    No. Civ. S 98-0114 MCE PAN P

  vs.                                Order

Suzan Hubbard,

    Respondent.

-oOo-

    March 28, 2005, petitioner requested an extension of time to file and serve objections to the February 2, 2005, findings and recommendations. Good cause appearing, petitioner's request is granted and the deadline is extended for 30 days from the date this order is signed.

    So ordered.

    Dated: April 19, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge