United States District Court

Eastern District of California

Randy Lane Kidwell,

    Petitioner,

vs.

Suzan Hubbard,

    Respondent.

No. Civ. S 98-0114 MCE PAN P

Order

-oOo-

May 26, 2005, petitioner requested a third extension of time to file and serve objections to the February 2, 2005, findings and recommendations.  Good cause appearing, petitioner's request is granted and the deadline is extended for 30 days from the date this order is signed.  No further extensions will be granted absent exceptional circumstances.

So ordered.

Dated: May 31, 2005.

    /s/ Peter A. Nowinski
    PETER A. NOWINSKI
    Magistrate Judge