UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RANDY L. KIDWELL,

                    Petitioner,          CIV. S-98-0114 MCE PAN P

          v.

SUE L. HUBBARD, et al.,                              ORDER

                    Respondents.

—o○o—

    On May 26, 2005, petitioner filed an ex parte application

seeking his third extension of time to file objections to the

findings and recommendation filed February 2, 2005.  The

application is denied without prejudice to an application to

Judge England.

        So ordered.

        Dated:  June 1, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge