IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY L. KIDWELL,

        Petitioner,

  v.

SUE L. HUBBARD, ET AL.,

        Respondents.

No. CIV S-98-0114 MCE PAN P

<u>ORDER</u>

    Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 2, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1

1 Petitioner was granted extensions of time to file objections to
2 the findings and recommendations on March 9, 2005, April 20,
3 2005, and May 31, 2005.  On July 12, 2005, petitioner filed
4 objections to the findings and recommendations and a motion for
5 discovery and an evidentiary hearing.
6     In accordance with the provisions of 28 U.S.C.
7 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
8 <u>de novo</u> review of this case.  Having carefully reviewed the
9 entire file, the court finds the findings and recommendations to
10 be supported by the record and by proper analysis.
11     Accordingly, IT IS HEREBY ORDERED that:
12     1.  The findings and recommendations filed February 2, 2005,
13 are adopted in full;
14     2.  Petitioner's July 12, 2005, motion for discovery and
15 evidentiary hearing is denied; and
16     3.  The petition for writ of habeas corpus is denied.
17 DATE: August 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE