IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY LANE KIDWELL,  No. CIV S-98-0114 MCE PAN P

     Petitioner,

  v.  ORDER

SUE L. HUBBARD, ET AL.,

     Respondents.

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 15, 2005, denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

///

///

///

///

1

1    Petitioner requests a certificate of appealability on the
2 following issues: (1) whether petitioner's trial counsel rendered
3 ineffective assistance; and (2) whether the federal district
4 court erred in denying petitioner's request, raised in his
5 objections to the February 2, 2005 findings and recommendations,
6 for an evidentiary hearing and discovery.  A certificate of
7 appealability may issue under 28 U.S.C. § 2253 "only if the
8 applicant has made a substantial showing of the denial of a
9 constitutional right."  28 U.S.C. § 2253(c)(2).  To obtain a
10 certificate of appealability, a petitioner must "demonstrat[e]
11 that jurists of reason could disagree with the district court's
12 resolution of his constitutional claims or that jurists could
13 conclude the issues presented are adequate to deserve
14 encouragement to proceed further." Miller-El v. Cockrell, 537
15 U.S. 322, 327 (2003).  The court must either issue a certificate
16 of appealability indicating which issues satisfy the required
17 showing or must state the reasons why such a certificate should
18 not issue.  Fed. R. App. P. 22(b).
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

1  For the reasons set forth in the magistrate judge's February
2  2, 2005, findings and recommendations, petitioner has not made a
3  substantial showing of the denial of a constitutional right or
4  the need for an evidentiary hearing.  Accordingly, a certificate
5  of appealability should not issue in this action.
6  IT IS SO ORDERED.
7  DATED: September 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE